UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CONRRIQUEZ, | No. 2:15-cv-1486 AC P |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| R L GOWER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On June 13, 2016, the undersigned granted petitioner thirty days to submit the certificate portion of the in forma pauperis application that must be filled out and signed by an authorized prison official. ECF No. 7. To date, petitioner has not submitted the requested certificate or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one (21) days from the filing date of this order, petitioner shall show cause in writing why this action should not be dismissed for failure to comply with the court's June 13, 2016 order; and

////

////

1

2. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for lack of prosecution.  See Fed. R. Civ. P. 41(b).

DATED: November 4, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE